IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v- 26-mc-6010

APPROXIMATELY $192,166.00 UNITED STATES CURRENCY SEIZED FROM 125 KUHN ROAD,

[CBP Case Number2026090300010801],

Defendant *in rem.*

**STIPULATION TO EXTEND GOVERNMENT'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION**

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, and, James D. Doyle, Esq., attorney for a putative claimant, Mohsin Nasser, that the government's time to file its Verified Complaint for Forfeiture be extended from **September 4, 2026 to December 3, 2026,** pursuant to Title 18, United States Code, Section 983(a)(3)(A).

The parties to this Stipulation further agree that Mohsin Nasser may revoke his consent in writing to extend the time for the government to file its Verified Complaint for

Forfeiture against the above-named property, and in that event, the government shall then have twenty (20) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

MICHAEL DIGIACOMO
United States Attorney
Western District of New York

Dated: 8/20/2026

BY: Mary Clare Kane
Mary Clare Kane
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, NY 14202
716-843-5809
mary.kane@usdoj.gov

Dated: 8/20/2026

James D. Doyle, Esq.
The Law Office of James D. Doyle
1325 Long Pond Road
Rochester, New York 14626
Telephone: 585.723.0480
Facsimile: 585.723.0589